B6B (Official Form 6B) (12/07)

In re **Erin Denise Grillo**, Case No. **09-14314**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash: cash in wallet and checks that need to be cashed** | W | **85.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Account: Checking account and Money Market account through Redwood Credit Union.** | J | **592.00** |
| | | **Husband's Checking Account** | - | **1,500.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture: 3 bedroom furniture sets, 3 couches, dining room table w/8 chairs, kitchen table with 4 chairs, buffet, curio cabinet, 2 recliner chairs, 2 desks, 2 coffee tables, throw rug, clock** | J | **6,900.00** |
| | | **Appliances: washer/dryer, 2 refrigerators, mixer, blender, toaster** | J | **2,000.00** |
| | | **Office: 2 Dell computers, printers** | J | **400.00** |
| | | **Sports-Hobby: baseball bats, mitts, 3 bikes** | J | **500.00** |
| | | **Audio-Video: 1 Sony, 2 Panasonic, 1 Sharp televisions, video camera, DVD player & DVDs, XBox 360, Wii system & games** | J | **1,000.00** |
| | | **Other: Dyson Vacuum** | J | **200.00** |
| | | **Household: casual china, stainless steele flatware, wine glasses, knife set, pots & pans** | J | **350.00** |
| | | **Other: Marquee hottub** | J | **3,500.00** |

Sub-Total > **17,027.00**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

In re **Erin Denise Grillo** , Case No. **09-14314**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Collectibles: china set, antique mirror, 2 antique cookie jars, antique lamp** | **J** | **700.00** |
| | | **Books-Music: stereo and speakers** | **J** | **250.00** |
| 6. Wearing apparel. | | **Clothes: children and women's clothes** | **J** | **700.00** |
| 7. Furs and jewelry. | | **Jewelry: bracelets, earrings, necklaces, pearls** | **J** | **400.00** |
| | | **Wedding Ring: 1/2 carat diamond ring** | **J** | **2,000.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Trade Tools: tools and cabinet, power washer, battery charger** | **J** | **1,350.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Retirement: 403B account with Fidelity Amount $85,057 Not Part of Bankruptcy Estate** | **W** | **0.00** |
| | | **Husband's Retirement Account Charles Schwab Approximately 15K Not Part of Bankruptcy Estate** | **-** | **0.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Note for selling restaurant about 65K Payable at $1,100 per month at 7.0% interest Note holder's most recent payment returned for insufficient funds.** | **-** | **17,500.00** |
| | | | Sub-Total > (Total of this page) | **22,900.00** |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re **Erin Denise Grillo**, Case No. **09-14314**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Auto: 2000 Nissan Quest Minivan w/ 81,000 miles. Condition fair. Needs to get window fix.** | J | 4,000.00 |

Sub-Total > **4,000.00**
(Total of this page)

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

In re **Erin Denise Grillo**, Case No. **09-14314**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Auto: 2003 convertible Mustang GT, 45,000 miles, good condition** <br> **Location: 1558 Yardley, Santa Rosa, CA 95403 Husbands** | **J** | **12,000.00** |
| | | **Motorcyle: 2008 Softtail deluxe Harley Motorcycle. Husband paying on motorcycle (still owes about 14,000)** | **H** | **17,500.00** |
| 26. Boats, motors, and accessories. | **X** | | | |
| 27. Aircraft and accessories. | **X** | | | |
| 28. Office equipment, furnishings, and supplies. | **X** | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | **X** | | | |
| 30. Inventory. | **X** | | | |
| 31. Animals. | | **Animals: cat, dog, fish and leopard gecko** | **J** | **100.00** |
| 32. Crops - growing or harvested. Give particulars. | **X** | | | |
| 33. Farming equipment and implements. | **X** | | | |
| 34. Farm supplies, chemicals, and feed. | **X** | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Other: Terry Redlin print, Charles Wysocki print** | **W** | **400.00** |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **30,000.00** |
| Total > | **73,927.00** |

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (12/07)

In re **Erin Denise Grillo**, Case No. **09-14314**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box) $136,875.
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash: cash in wallet and checks that need to be cashed | C.C.P. § 703.140(b)(5) | 85.00 | 85.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Bank Account: Checking account and Money Market account through Redwood Credit Union. | C.C.P. § 703.140(b)(5) | 592.00 | 592.00 |
| Husband's Checking Account | C.C.P. § 703.140(b)(5) | 1,500.00 | 1,500.00 |
| **Household Goods and Furnishings** | | | |
| Furniture: 3 bedroom furniture sets, 3 couches, dining room table w/8 chairs, kitchen table with 4 chairs, buffet, curio cabinet, 2 recliner chairs, 2 desks, 2 coffee tables, throw rug, clock | C.C.P. § 703.140(b)(3) | 6,900.00 | 6,900.00 |
| Appliances: washer/dryer, 2 refrigerators, mixer, blender, toaster | C.C.P. § 703.140(b)(3) | 2,000.00 | 2,000.00 |
| Office: 2 Dell computers, printers | C.C.P. § 703.140(b)(3) | 400.00 | 400.00 |
| Sports-Hobby: baseball bats, mitts, 3 bikes | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| Audio-Video: 1 Sony, 2 Panasonic, 1 Sharp televisions, video camera, DVD player & DVDs, XBox 360, Wii system & games | C.C.P. § 703.140(b)(3) | 1,000.00 | 1,000.00 |
| Other: Dyson Vacuum | C.C.P. § 703.140(b)(3) | 200.00 | 200.00 |
| Household: casual china, stainless steele flatware, wine glasses, knife set, pots & pans | C.C.P. § 703.140(b)(3) | 350.00 | 350.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Collectibles: china set, antique mirror, 2 antique cookie jars, antique lamp | C.C.P. § 703.140(b)(3) | 700.00 | 700.00 |
| Books-Music: stereo and speakers | C.C.P. § 703.140(b)(3) | 250.00 | 250.00 |
| **Wearing Apparel** | | | |
| Clothes: children and women's clothes | C.C.P. § 703.140(b)(3) | 700.00 | 700.00 |
| **Furs and Jewelry** | | | |
| Jewelry: bracelets, earrings, necklaces, pearls | C.C.P. § 703.140(b)(4) C.C.P. § 703.140(b)(5) | 200.00 200.00 | 400.00 |
| Wedding Ring: 1/2 carat diamond ring | C.C.P. § 703.140(b)(4) C.C.P. § 703.140(b)(5) | 1,150.00 850.00 | 2,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Trade Tools: tools and cabinet, power washer, battery charger | C.C.P. § 703.140(b)(3) | 1,350.00 | 1,350.00 |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt
Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Case: 09-14314    Doc# 13    Filed: 02/02/10    Entered: 02/02/10 11:11:12    Page 5 of 6

In re **Erin Denise Grillo**, Case No. **09-14314**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Retirement: 403B account with Fidelity Amount $85,057 Not Part of Bankruptcy Estate | C.C.P. § 703.140(b)(10)(E) | 0.00 | 0.00 |
| Husband's Retirement Account Charles Schwab Approximately 15K Not Part of Bankruptcy Estate | C.C.P. § 703.140(b)(10)(E) | 0.00 | 0.00 |
| **Government & Corporate Bonds, Other Negotiable & Non-negotiable Inst.** | | | |
| Note for selling restaurant about 65K Payable at $1,100 per month at 7.0% interest Note holder's most recent payment returned for insufficient funds. | C.C.P. § 703.140(b)(5) | 17,498.00 | 17,500.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| Auto: 2000 Nissan Quest Minivan w/ 81,000 miles. Condition fair. Needs to get window fix. | C.C.P. § 703.140(b)(2) C.C.P. § 703.140(b)(5) | 3,300.00 700.00 | 4,000.00 |
| **Animals** | | | |
| Animals: cat, dog, fish and leopard gecko | C.C.P. § 703.140(b)(3) | 100.00 | 100.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Other: Terry Redlin print, Charles Wysocki print | C.C.P. § 703.140(b)(5) | 400.00 | 400.00 |
| Total: | | **40,925.00** | **40,927.00** |